CABRINI TERRACE JOINT VENTURE, Respondent, v CHARLES O'BRIEN, Appellant.

Submitted August 23, 2010; decided October 26, 2010

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain it (see NY Const, art VI, § 3; CPLR 5602). Motion for poor person relief dismissed as academic.

In the Matter of MERCEDES CASADO et al., Respondents, v MARVIN MARKUS, as Chair of the New York City Rent Guidelines Board, et al., Appellants.

Submitted August 2, 2010; decided October 26, 2010

Motion by the Rent Stabilization Association of NYC, Inc., et al. for leave to appear as amici curiae on the motion for leave to appeal herein granted and the affidavit is accepted as filed, and for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

DEVELOPMENT STRATEGIES COMPANY, LLC, PROFIT SHARING PLAN, Respondent, v ASTORIA EQUITIES, INC., et al., Appellants, et al., Defendants.

Submitted August 2, 2010; decided October 26, 2010

Motion, insofar as it seeks leave to appeal from that part of the Appellate Division order that affirmed Supreme Court's November 2008 order, dismissed upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.